# Third District Court of Appeal

## State of Florida

Opinion filed February 19, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1671
Lower Tribunal No. 24-134679-CC-23
_____

**Jacqueline Crockett,**
Appellant,

vs.

**SCG Atlas Aventura, LLC,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Myriam Lehr, Judge.

Jacqueline Crockett, in proper person.

No appearance, for appellee.

Before SCALES, GORDO and LOBREE, JJ.

PER CURIAM.

Jacqueline Crockett (the "tenant") appeals from a county court final

judgment for her removal, arguing among other things that the trial court erred in refusing to allow her to fulfill the parties' settlement agreement via the registry after the landlord refused to accept payment of rent on the agreed day prior to the deadline. The tenant has not provided this court with a transcript of the hearing on her motion to enforce the parties' mediation agreement and the landlord's alternative motion for final judgment. Because the tenant has failed to meet her burden to demonstrate reversible error, we affirm. See Joseph v. Henry, 367 So. 3d 1280, 1281 (Fla. 3d DCA 2023) ("[T]he lack of a trial transcript or a proper substitute results in a record that is inadequate to demonstrate reversible error and requires affirmance." (quoting Fuhrman v. Sara G 01, LLC, 373 So.3d 1171, 1171 (Fla. 3d DCA 2022))); Umana v. Citizens Prop. Ins. Corp., 282 So. 3d 933, 934–35 (Fla. 3d DCA 2019) ("The absence of a hearing transcript at which the trial court made this decision prevents any meaningful review of whether the trial court abused its discretion in this regard.").

Affirmed.